02-10-218-CV














 

 

 

COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

 

NO. 02-10-00218-CV 

 

 


 
 
 In the Interest of T.B., T.B., and
 M.B., Children
 
 
  
 
 
  
 
 


 

 

------------

 

FROM THE
360th District Court OF Tarrant
COUNTY

------------

MEMORANDUM OPINION[1] AND
JUDGMENT

------------

 

We
have considered appellant’s “Motion
To Dismiss Appeal.” 
It is the court=s opinion that the motion
should be granted; therefore, we dismiss the appeal.  See Tex. R. App. P. 42.1(a)(1), 43.2(f).

 

PER
CURIAM

PANEL:  MEIER, J.;
LIVINGSTON, C.J.; and GABRIEL, J.  

 

DELIVERED:  January 13, 2011











[1]See Tex. R. App. P. 47.4.